# UNITED STATES DISTRICT COURT
### Eastern District of Washington

MARILYN WARSINSKE,

                                  Plaintiff,

           v.

LIBERTY NORTHWEST INSURANCE COMPANY,

                                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-0011-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant.

December 28, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Pam Howard
*(By) Deputy Clerk*
Pam Howard